I. Sidney Horowitz, Respondent, v. Braden's California Products, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Monica Realty Corporation, Respondent, v. One Twenty-two Fifth Avenue Corporation and Others, Defendants, Impleaded with Manufacturers Trust Company, as Trustee, Appellant.*— Decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Barnett M. Kaplan, Respondent, v. Maryland Casualty Company, Appellant.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell and Sherman, JJ., dissent and vote for reversal and a new trial with respect to the assessment of damages.

George S. Van Schaick, Superintendent of Insurance of the State of New York, as Liquidator of the Equitable Casualty and Surety Company, Respondent, v. David Scope, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

The People of the State of New York, Respondent, v. Caesar Caputo and James Pezzella, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Seventh Avenue and Thirty-fifth Street Corporation, Respondent, v. Julius Potash and Joseph Potash, a Copartnership Doing Business as Supreme Dress Company, Appellants.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Fannie Eisen and Alexander Eisen, Respondents, v. United States Fidelity and Guaranty Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Laura P. Fisher, Appellant, v. Samuel Miller, Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Joseph Chasin, an Infant, etc., by Bessie Chasin, His Guardian ad Litem, Respondent, v. John Ringling and Richard Ringling, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Ethel Nelson, Appellant, v. Charles E. Long, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of Wilkinson Brothers & Company, Respondent, for an Order Directing that Herbert J. Grey, Appellant, Do Proceed to Arbitration in Accordance with the Terms of a Contract Between Them.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Louis Steinberg and Others, Respondents, v. Sidney Z. Mitchell and Others, Appellants.— Orders affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within ten days from service of order upon payment of said costs. No opinion. Present — McAvoy, Merrell, Martin and Townley, JJ.

---

* Revd., 264 N. Y. 52.　　　　† Revd., 263 N. Y. 365.